IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDUARD ZAVALUNOV, | Civil No. 3:18-cv-2152 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN DOUGLAS K. WHITE, | |
| Respondent | |

**ORDER**

**AND NOW**, this 6th day of December, 2018, upon consideration of Respondent's motion (Doc. 11) for reconsideration, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Government's motion (Doc. 9) for leave to file its motion for reconsideration out of time is **GRANTED**.

2. The motion (Doc. 11) for reconsideration is **GRANTED in part** to the extent that the appropriate remedy for Zavalunov's claims is a civil rights action.

3. This action is **DISMISSED without prejudice** to any right Zavalunov may have to reassert his present claims in a properly filed civil rights complaint.

4. The Clerk of Court is directed to **SEND** Zavalunov this Court's civil rights packet, including the form civil rights complaint, application to proceed *in forma pauperis*, and authorization form.

5. The Clerk of Court is further directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge